**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

TRUSTEES OF INTERNATIONAL
UNION OF PAINTERS AND ALLIED     1:17-cv-05739-NLH-KMW
TRADES DISTRICT COUNCIL 711
HEALTH & WELFARE FUND, et al.,

      Plaintiffs      **ORDER and FINAL JUDGMENT**

  v.

DANCO PAINTING, LLC,

      Defendant.

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 19th day of August, 2021

ORDERED that Plaintiffs' Motion for Default Judgment [ECF 79] be, and the same hereby is, GRANTED; and it is further

ORDERED that judgment is hereby entered in favor of Plaintiffs and against Defendant Danco Painting, LLC, in the sum of $738,742.76.

At Camden, New Jersey

                                    /s Noel L. Hillman
                                  NOEL L. HILLMAN, U.S.D.J.